**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**GARY EUGENE GOETHE**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | Case No. CR. 09-00748-GAF |
| ) | |
| Plaintiff, ) | **ORDER TO MODIFY CONDITIONS OF** |
| ) | **PRETRIAL RELEASE TO PERMIT** |
| vs. ) | **TRAVEL OUTSIDE THE STATE OF** |
| ) | **CALIFORNIA** |
| GARY EUGENE GOETHE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Defendant, by and through his undersigned counsel, hereby move the Court to modify the conditions of his pretrial release to allow him to travel to Hampton, South Carolina from Sacramento, California from September 16 through September 19, 2009, to visit his elderly father.[1] Defendant has flight reservations with American Airlines and his itinerary is as follows:

- September 16, 2009, depart Sacramento, CA on Flight Number 1014 at 6:05 a.m.;

- Arrive in Dallas Forth Worth at 11:25 a.m. and depart on Flight 3308 at 12:30 p.m.;

---

[1] Defendant has been advised by Senior Pretrial Service Officer Devona Gardner that all travel outside the State of California must be approved by the District Court.

1

Defendant's Motion and Order to Modify Conditions of Pretrial
Release to Permit Travel Outside the State of California
CC: PRETRIAL SERVICES

- Arrive in Savannah, GA at 3:50 p.m.;
- Rent a vehicle and drive to 415 Helen Street, Hampton, South Carolina.
- September 19, 2009, depart Savannah, GA on Flight Number 3710 at 4:20 p.m.;
- Arrive in Dallas Forth Worth at 6:00 p.m. and depart on Flight 1951 at 8:00 p.m.;
- Arrive in Sacramento, CA at 9:35 p.m.

Assistant United States Attorney Joseph N. Akrotirianakis has been advised of this request and has no objection to this modification.

Dated: August 28, 2009.

Respectfully submitted,

/s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant Gary Eugene Goethe

**IT IS SO ORDERED.**

Dated: August 31, 2009

HON. GARY ALLEN FEESS
United States District Judge

Defendant's Motion and Order to Modify Conditions of Pretrial
Release to Permit Travel Outside the State of California